*Filed in open Court on 11/2/05 03*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,

        Plaintiff

*CR05-102*

        v.                                Criminal Action No. 04-449-1

JAMES FRANK INGRAM,

        Defendant.

### CONSENT TO TRANSFER OF CASE

I, James Frank Ingram, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the count charged (felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)) and, on or about January 3, 2005, I entered a plea of guilty to the charge. I consent to disposition of the case, including sentencing, in the District of Delaware, in which I am being held, and waive my right to sentencing in the Middle District of North Carolina.

Dated: _September 27_, 2005, at _5:00_

_____
(Defendant)

_____
(Witness)

_____
Counsel for Defendant)

_____
United States Attorney for
the Middle District of North Carolina

Dated: _Oct 3, 2005_

Approved

_____
United States Attorney for
the District of Delaware

Dated: _9/29/05_

FILED

NOV 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE