# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 05-102-JJF |
| JAMES FRANK INGRAM, | : |
| Defendant. | : |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Richard G. Andrews, First Assistant U.S. Attorney, as attorney of record for the United States and enter the appearance of Leonard P. Stark, Assistant U.S. Attorney, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Leonard P. Stark
Assistant United States Attorney

Dated: November 18, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 05-102-JJF |
| JAMES FRANK INGRAM, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 18th day of November 2005, I caused to be electronically filed a **Notice of Attorney Appearance and Substitution of Counsel** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Penny Marshall
Federal Public Defender
704 King Street
Wilmington, DE 19801

*Marie Steel*
Marie Steel
Legal Assistant