IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-102 JJF |
| JAMES FRANK INGRAM, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea
of guilty to Count One the Indictment pending against him in this
Court,

IT IS HEREBY ORDERED that Defendant's sentencing will
be held on **Wednesday, February 8, 2006, at 1:30 p.m.**, in
Courtroom No. 4B on the 4th Floor, Boggs Federal Building,
Wilmington.

December 21, 2005
_____
DATE

_____
UNITED STATES DISTRICT JUDGE