IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-102 JJF |
| JAMES FRANK INGRAM, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above Defendant's sentencing was scheduled to be held on Wednesday, February 8, 2006, at 1:30 p.m.;

WHEREAS, due to a scheduling conflict the sentencing was continued;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Wednesday, March 8, 2006, at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

February 15, 2006
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE